**JINGYUAN FENG Plaintiff-Appellant**

v.

**Sheena KOMENDA Defendant**

District of Missouri.

**Rockwell Collins, Inc. Defendant-Appellee**

No. 17-1286

United States Court of Appeals, Eighth Circuit.

Submitted: October 3, 2017

Filed: October 25, 2017

Jingyuan Feng, Pro Se

Kelly Randall Baier, Raymond Rinkol, Jr., Bradley & Riley, Cedar Rapids, IA, for Defendant

Kelly Randall Baier, Raymond Rinkol, Jr., Bradley & Riley, Cedar Rapids, IA, for Defendant-Appellee

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jingyuan Feng appeals the district court's[1] adverse grant of summary judgment in her action claiming employment discrimination and retaliation. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated in the district court's order. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.